DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL F. TAN,<br><br>    Defendant. | PETTY OFFENSE NO. 24-00014<br><br>**ORDER**<br>Dismissing Citation |

This matter came before the court on May 21, 2024, on citation E1752503.[1] This citation charged the Defendant with "Expired Registration," in violation of "T16 GCA 7130." *See* ECF No. 1. At the hearing, the court appointed the Federal Public Defender to represent the Defendant. *See* Mins., ECF No. 4. Assistant Federal Public Defender Briana Kottke requested that the citation be dismissed because it failed to cite to a federal statute, specifically the Assimilative Crimes Act, 18 U.S.C. § 13. The court took the matter under advisement.

On June 17, 2024, the Defendant paid $90.00, the amount of collateral shown on the face of citation E1752503.

Later that day, the United States filed a Motion to Dismiss citation E1752503 "without prejudice in the interest of justice." Mot. Dismiss, ECF No. 7.

Having reviewed the record and the United States' motion, the court grants the motion and orders that citation E1752503 be dismissed. The Clerk of Court is ordered to refund the $90.00 paid by the Defendant by mailing a check to the address to be provided by him.

IT IS SO ORDERED.



/s/ Michael J. Bordallo
   U.S. Magistrate Judge
**Dated: Jun 17, 2024**

---

[1] The Defendant originally received two citations, however, prior to the hearing, the United States filed a Motion to Dismiss citation E1752502. *See* ECF No. 4.